UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE PAINE COLLEGE,<br>　　　　　Plaintiff,<br><br>vs.<br><br>THE SOUTHER ASSOCIATION OF<br>COLLEGES AND SCHOOLS<br>COMMISSION ON COLLEGES, INC.,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.  1:16-cv-03503-TWT |

## J U D G M E N T

This action having come before the court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the Court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 12th day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　　s/J. Lee　　　　　　　　
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 12, 2018
James N. Hatten
Clerk of Court

By:　s/J. Lee　　　　　
　　　　Deputy Clerk